



AN ENCYCLOPÆDIA BRITANNICA COMPANY

Merriam-Webster
m-w.com

Quizzes & Games   Word of the Day   Video   New Words   My Favorites

Dictionary | Thesaurus | Spanish-English | Medical | Encyclo.

## patron

*Popularity*

**2 ENTRIES FOUND:**

**patron**

**patron saint**

*Ads by Google*

**Myeloma Cancer Treatments**
Chat w/a Cancer Info Expert About Myeloma Cancer Treatment Options.
www.CancerCenter.com

### pa·tron   *noun*   \ˈpā-trən, *for 6 also* pa-ˈtrōⁿ\

**Definition of PATRON**

**1 a :** a person chosen, named, or honored as a special guardian, protector, or supporter

**b :** a wealthy or influential supporter of an artist or writer

**c :** a social or financial sponsor of a social function (as a ball or concert)

**2 :** one that uses wealth or influence to help an individual, an institution, or a cause

**3 :** one who buys the goods or uses the services offered especially by an establishment

**4 :** the holder of the right of presentation to an English ecclesiastical benefice

**5 :** a master in ancient times who freed his slave but retained some rights over him

**6** [French, from Middle French] **:** the proprietor of an establishment (as an inn) especially in France

**7 :** the chief male officer in some fraternal lodges having both men and women members

— **pa·tron·al**   *adjective*



See **patron** defined for English-language learners »
See **patron** defined for kids »

**Examples of PATRON**







**Spell It**
The commonly misspelled words quiz
**Hear It, Spell It »**

**Name That Thing**
Take our visual vocab quiz
**Test Your Knowledge »**

TOP 10 LISTS

**A Thoughtful Guide to Words About Nonsense**
Buffoonery, Codswallop & More

**Favorite Pictures in the Dictionary**
Exotic & Intriguing Things, Well Illustrated

STAY CONNECTED

**Get Our Free Apps**
Voice Search, Favorites,
Word of the Day, and More
**iPhone** | **iPad** | **Android** | **More**

- She is a well-known *patron* of the arts.
- <the wealthy philanthropist is one of the city's most generous *patrons* of its symphony orchestra>

### Origin of PATRON

Middle English, from Anglo-French, from Medieval Latin & Latin; Medieval Latin *patronus* patron saint, patron of a benefice, pattern, from Latin, defender, from *patr-*, *pater*

First Known Use: 14th century

### Related to PATRON

**Synonyms:** account, client, guest, customer, punter [*chiefly British*]

[+] more

### Rhymes with PATRON

matron

### Learn More About PATRON

- Thesaurus: All synonyms and antonyms for "patron"
- Spanish-English Dictionary: Translation of "patron"

### Browse

- Next Word in the Dictionary: patronage
- Previous Word in the Dictionary: patrolwoman
- All Words Near: patron

### 66 Seen & Heard 99

What made you want to look up *patron*? Please tell us where you read or heard it (including the quote, if possible).

View Seen & Heard highlights from around the site »

Merriam-Webster on Facebook


**Quiz**
**Name That Thing**
Take Our 10-Question Quiz


**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter



Cited in Kickstarter Inc v Fan Funded LLC 11Civ6909 Decided 1/18/13
Archived on 1/28/13
This document is protected by copyright.
Further reproduction is prohibited without permission.



| | | | | |
|---|---|---|---|---|
| **The Merriam-Webster Unabridged Dictionary** | **Learning English? We can help.** | | **Our Dictionary, On Your Devices** | **Merriam-Webster's Visual Dictionary** |
| Online access to a legendary resource<br>Log In or Sign Up » |  | Visit our free site designed especially for learners and teachers of English<br>LearnersDictionary.com » | Merriam-Webster, *With Voice Search*<br>Get the Free Apps! » |   The new edition of the remarkable reference features 8,000 illustrations.<br>Learn More » |





**Join Us**

 Merriam-Webster on Twitter »

 Merriam-Webster on Facebook »

**Bookstore: Digital and Print**
Merriam-Webster references for Mobile, Kindle, print, and more. See all »

**Other Merriam-Webster Dictionaries**
Webster's Unabridged Dictionary »         Learner's ESL Dictionary »
WordCentral for Kids »                    Visual Dictionary »

Cited in Kickstarter Inc v Fan Funded LLC 11Civ6909 Decided 1/18/13
Archived on 1/28/13
This document is protected by copyright.
Further reproduction is prohibited without permission.