USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KICKSTARTER, INC.,

    Plaintiff,

v.

FAN FUNDED, LLC and ARTISTSHARE, INC.,

    Defendants.

Civil Action No. 11-cv-6909 (KPF)

**MEMO ENDORSED**

## JOINT STIPULATION AND MODIFIED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

Plaintiff Kickstarter, Inc. ("Kickstarter") and Defendants Fan Funded, LLC and ArtistShare, Inc. (collectively, "Defendants"), hereby stipulate and agree to modify the September 6, 2013 Case Management Plan and Scheduling Order (Dkt. No. 78) as follows:

| Event | Date |
|---|---|
| Defendants supplement their response to Interrogatory 7, pursuant to the Court's instructions at the October 23, 2013 Status Conference | November 8, 2013 |
| Close of Fact Deposition Discovery (limited to the deposition of Brian Camelio and of anyone else ArtistShare relies upon in its supplemental response to Interrogatory 7) | By December 6, 2013 |
| Rule 26 Expert Disclosure by Kickstarter (burdened party) | January 13, 2014 |
| Rebuttal Expert Disclosure by Defendants | February 18, 2014 |
| Close of Expert Discovery | March 21, 2014 |
| Deadline to File Dispositive Motions | April 25, 2014 |
| Deadline to File Oppositions to Dispositive Motions | May 23, 2014 |
| Deadline to File Replies to Dispositive Motions | June 6, 2014 |
| Pretrial Order Due | To be set by the Court |
| Trial | To be set by the Court |

Dated: October 25, 2013

By: _____
Matthew B. Lowrie
Robert J. Silverman
Matthew A. Ambros
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
mlowrie@foley.com
rsilverman@foley.com
mambros@foley.com

*Counsel for
Plaintiff Kickstarter, Inc.*

By: _____
Craig R. Smith
William J. Seymour
LANDO & ANASTASI LLP
One Main Street, Eleventh Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070
csmith@LALaw.com
wseymour@LALaw.com

*Counsel for Defendants Fan
Funded, LLC and ArtistShare, Inc.*

**SO ORDERED.**

Dated: October 28, 2013
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

```
The Court contemplates that no further extensions to these deadlines
will be sought or granted.
```