UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KICKSTARTER, INC.,

    Plaintiff,

v.

FAN FUNDED, LLC and ARTISTSHARE, INC.,

    Defendants.

Civil Action No.: 11-cv-6909 (PAC)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please note the withdrawal of the appearance of Michael J. Allan, Evan Glassman, Kristin M. Darr, and Timothy Bickham of Steptoe & Johnson LLP as counsel for Plaintiff Kickstarter, Inc. in this action. The Plaintiff will continue to be represented by Matthew B. Lowrie, Matthew A. Ambros and Robert J. Silverman of Foley & Lardner LLP.

Dated: New York, New York
November 15, 2013

Respectfully Submitted,

/s/ Michael J. Allan
Michael J. Allan
Evan Glassman
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Fax: (212) 506-3950

Timothy Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of November, 2013, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was served upon all counsel of record via the Court's CM/ECF system:

Matthew Burt Lowrie
Matthew A. Ambros
Robert J. Silverman
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
mlowrie@foley.com
mambros@foley.com
rsilverman@foley.com

Craig R. Smith
William J. Seymour
Eric P. Carnevale
LANDO & ANASTASI, LLP
Riverfront Office Park
1 Main Street, 11th Floor
Cambridge, MA 02142
csmith@lalaw.com
wseymour@lalaw.com
ecarnevale@lalaw.com

Theodore K. Cheng
FOX HORAN & CAMERINI LLP
825 Third Avenue
New York, NY 10022
tcheng@foxlex.com

                                                /s/ Aileen Farren
                                                Aileen Farren