USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 6, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  KICKSTARTER, INC.,                                        :
                                                            :
                              Plaintiff,                    :     11 Civ. 6909 (KPF)
              v.                                            :
                                                            :     ORDER
  ARTISTSHARE, INC., *et al.*,                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------ X

KATHERINE POLK FAILLA, District Judge:

   As discussed at the conference on May 6, 2014, the following schedule is hereby set for the parties' anticipated motions for summary judgment:

   1) Plaintiff's first brief, in support of its motion for summary judgment, shall be due by **June 16, 2014**. This brief shall not exceed **35 pages**.

   2) Defendants' first brief, in support of their motion for summary judgment and opposition to Plaintiff's motion for summary judgment, shall be due by **July 18, 2014**. This brief shall not exceed **35 pages**.

   3) Plaintiff's second brief, in opposition to Defendants' motion for summary judgment and as reply in further support of its motion for summary judgment, shall be due by **August 16, 2014**. This brief shall not exceed **35 pages**.

   4) Defendants' second brief, as reply in further support of their motion for summary judgment, shall be due by **September 10, 2014**. This brief shall not exceed **25 pages**.

   In a departure from the Court's Individual Rules of Practice in Civil Cases, no motion or papers associated with a motion shall be electronically filed on the docket until all motions are fully briefed on **September 10, 2014**. At that time and not before, the parties shall electronically

file each motion and its attendant briefs and exhibits.  The parties may, however, file paper courtesy copies of each set of papers with the Court as they are completed and served on the opposing party; these courtesy copies should conform to the requirements identified in the Court's Individual Rules.

The Court reminds the parties that it anticipates scheduling oral argument on these motions.

SO ORDERED.

Dated: May 6, 2014
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge